IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JUAN MATA,

    Plaintiff,

vs.                                                          No. 08-0046 JB/RLP

SGT. RON ANDERSON,

    Defendant.

## AFFIDAVIT OF MARIA MATA

MARIA MATA, being first duly sworn upon her oath, affides and states:

1.     My name is Maria Mata;

2.     I was formerly known as Maria Martinez;

3.     I was Interviewed by Officer Kennedy;

4.     In his written statement regarding this interview Kennedy stated that I said I had no firsthand knowledge of the actions of Officer Briseno;

5.     This is a misstatement of what I said in that interview. I am well aware of what Officer Briseno has done to individuals in this community and to my own brother, Juan Mata;

6.     My correct statement is in recorded form, however I do not have this recording;

7.     To my knowledge this recording is in the possession of the Farmington Police Department.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
Maria Mata

SUBSCRIBED AND SWORN TO before me, a Notary Public of the State of New Mexico, by Maria Mata this 5th day of November, 2009.

Dorella M. Trujillo
NOTARY

(Seal)                     My Commission Expires: April 12, 2010