IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JUAN MATA,

    Plaintiff,

vs.      No. 08-0046 JB/RLP

SGT. RON ANDERSON,

    Defendant.

## AFFIDAVIT OF ALICE ATENCIO

ALICE ATENCIO, being first duly sworn upon her oath, affides and states:

1. My name is Alice Atencio;

2. On _April 2003_ I signed a petition that read:

"we the undersigned wish to petition the city of Farmington, in San Juan County, New Mexico, to investigate the actions of Officer Mike Briseno. Officer Briseno, while acting as a Farmington Police Officer has stopped citizens of Farmington without cause. Officer Briseno's action s a violation of our civil rights.";

3. I have not been personally victimized by Briseno, however I have knowledge of others who have and that is why I signed;

4. I received a letter from an investigator regarding my signature on the petition, stating that:

"Officer Briseno stopped [me] and conducted a search of [my] vehicle...";

5. I did not respond to this letter because it is a misrepresentation of the petition I signed;

6. I am aware that this letter was circulated to all who signed the petition;

7. Because of the wording of this letter I, and I suspect many others, were discouraged from taking further action;

8. By circulating an improperly worded letter distorting the objective of the concerned citizens of Farmington, the Farmington Police Department succeeded in silencing me, and I suspect many others.

**FURTHER AFFIANT SAYETH NAUGHT.**

*Alice Atencio* (signature)
Alice Atencio

SUBSCRIBED AND SWORN TO before me, a Notary Public of the State of New Mexico, by Alice Atencio this 5th day of November, 2009.

*Dorella M. Trujillo* (signature)
NOTARY

My Commission Expires: April 12, 2010