# Arlon L. Stoker
### Attorney at Law

PO Box 658
Farmington, NM 87499-0658
Ph: (505) 326-0404
Fax: (505) 326-3636
arlon@stokerlaw.net

## FAX COVER SHEET

Fax number transmitted to: (505) 246-8599
To: Dennis Montoya
From: The Law Office of Arlon L. Stoker
Client/Matter: Juan Mata
Date: October 30, 2009

| DOCUMENTS | NUMBER OF PAGES* |
|---|---|
| Affidavit | 2 |

### Confidential Note

The documents accompanying this telecopy transmission contain information from the law office of Arlon L. Stoker, which is confidential or legally privileged. The information is intended only for the use of the individual or entity named on this cover sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution of, or taking of any action and reliance on the contents of this telecopied information is strictly prohibited. The documents should be returned to this office immediately. In this regard, if you have received this telecopy in error, please notify us by telephone immediately so that we can arrange for the return of the documents at no cost to you.

* COUNTING COVER SHEET. IF YOU DO NOT RECEIVE ALL PAGES, PLEASE TELEPHONE US IMMEDIATELY AT (505) 326-0404.

## AFFIDAVIT

Monica Nagl, being first duly sworn, upon her oath, states as follows:

1. I was employed with the City of Farmington, New Mexico, Farmington Police Department between February 1997 and September 2004. The last four (4) years of this employment were as a police detective.

2. In the months prior to September 2004, I recall being approached in the Detective Division by Ron Anderson, who was a patrol sergeant at the time. Sergeant Anderson requested a copy of the New Mexico statutes and I assisted him in obtaining a copy. During this exchange, I asked, "What do you have?" Sergeant Anderson responded by saying, "Oh. Juan Mata. There's got to be something in here. He's not going to get away with this."

3. At this point, I ended my conversation with Sergeant Anderson and returned to my work area.

FURTHER AFFIANT SAYETH NOT.

_____
[Signature: Monica Nagl]

SUBSCRIBED AND SWORN TO before me this _2_ day of November, 2009.

_____
NOTARY PUBLIC

My Commission Expires:
June 18, 2013