IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JUAN MATA,

       Plaintiff,

vs.                                                                                           No. CIV 08-0046 JB/RLP

SGT. RON ANDERSON,

       Defendant.

## ORDER

**THIS MATTER** comes before the Court on the Plaintiffs' [sic] Prophylactic Motion for an 8-Hour Extension of Time in which to File his Response to Defendant's Motion for Summary Judgment, filed November 5, 2009 (Doc. 37). The Court held a hearing on December 18, 2009. At the hearing, counsel for Defendant Ron Anderson informed the Court that there was no objection to the motion. Having reviewed the motion and being otherwise fully advised, the Court finds that the motion is well taken and should be granted.

**IT IS ORDERED** that the Plaintiffs' [sic] Prophylactic Motion for an 8-Hour Extension of Time in which to File his Response to Defendant's Motion for Summary Judgment is granted.

                                                       _____
                                                       UNITED STATES DISTRICT JUDGE

*Counsel*:

Dennis W. Montoya
Montoya Law, Inc.
Rio Rancho, New Mexico

       *Attorney for the Plaintiff*

Alex C. Walker
Lisa Mann
Erin Langenwalter
Modrall, Sperling, Roehl, Harris
  & Sisk, P.A.
Albuquerque, New Mexico

    *Attorneys for the Defendant*