IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JUAN MATA,

    Plaintiff,

vs.                                                                                               No. CIV 08-0046 JB/RLP

SGT. RON ANDERSON,

    Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on Ron Anderson's Motion for Summary Judgment, filed October 19, 2009 (Doc. 36). In a Memorandum Opinion and Order, filed January 13, 2010 (Doc. 54), the Court granted Defendant Sgt. Ron Anderson's motion for summary judgment on all claims asserted in Plaintiff Juan Mata's Second Amended Complaint. The Court now enters final judgment in this matter.

**IT IS ORDERED** that final judgment is entered for Defendant Sgt. Ron Anderson and against Plaintiff Juan Mata and that Mata's claims against Anderson are dismissed.

                                                                                             _____
                                                                             UNITED STATES DISTRICT JUDGE

*Counsel*:

Dennis W. Montoya
Montoya Law, Inc.
Rio Rancho, New Mexico

    *Attorney for the Plaintiff*

Alex C. Walker
Erin Langenwalter
Lisa Mann
Modrall, Sperling, Roehl, Harris
  & Sisk, P.A.
Albuquerque, New Mexico

    *Attorneys for the Defendant*