## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

JUAN MATA,

    Plaintiff,

vs.                                                            No. CIV 08-0046 JB/RLP

SGT. RON ANDERSON,

    Defendant.

## PLAINTIFF'S NOTICE OF APPEAL

Plaintiff, **JUAN MATA,** by and through their attorney, Dennis W. Montoya, MONTOYA LAW, INC., hereby gives notice of their appeal to the United States Court of Appeals for the Tenth Circuit from the Memorandum, Opinion and Order entered herein on January, 13, 2010, and the Final Judgment entered herein on January, 13 2010.

    Respectfully Submitted,
    **MONTOYA LAW, INC**

By:   */s/ Dennis W. Montoya*
      Dennis W. Montoya
      Attorney for Plaintiff
      PO Box 15235
      Rio Rancho NM, 87174

      (505) 246-8499
      (505) 246-8599 (Facsimile)

      dmontoya@montoyalaw.com