**TRANSCRIPT ORDER FORM - DIRECTIONS ON THE REVERSE SIDE**

**PART I** - To be completed by appellant within fourteen days of filing the notice of appeal

Short Title: __MATA v. ANDERSON__  District: __NEW MEXICO__
District Court Number: __08-0046 JB/RLP__  Circuit Court Number: __10-2031__
Name of Attorney: __ALEX WALKER / ERIN E. LANGENWALTER__
  Name of Law Firm: __MODRALL SPERLING ROEHL HARRIS & SISK__
  Address of Firm: __PO Box 2168, Albuquerque, NM 87102__
  Telephone of Firm: __(505) 848-1800__  Attorneys for: __Appellee/Respondent__
Name of Court Reporter: __DANNA EVERETT__  Telephone of Reporter: __(505) 348-2283__

**PART II - COMPLETE SECTION A OR SECTION B**
**SECTION A** - I HAVE NOT ORDERED A TRANSCRIPT BECAUSE
  [] A transcript is not necessary for this appeal, or
  [] The necessary transcript is already on file in District Court
  [] The necessary transcript was ordered previously in appeal number _____

**SECTION B** - I HEREBY ORDER THE FOLLOWING TRANSCRIPT:
  (Specify the date and proceeding in the space below)
Voir dire: _____ ; Opening Statements: _____
Trial proceedings: _____ ; Instruction Cnf: _____
Jury Instructions: _____ ; Closing Arguments: _____
Post Trial Motions: _____ ; Other Proceedings: __Motion Hearing 12/18/2009__
  (Attach additional pages if necessary) __and PreTrial Conference 12/30/2009__

x __Appellee__ will pay the cost of the transcript.
My signature on this form is my agreement to pay for the transcript ordered on this form.

[] This case is proceeding under the Criminal Justice Act.
**NOTE:** Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. See 28 U.S.C. §753(f).

**CERTIFICATE OF COMPLIANCE**
I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the **court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit.** I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the court reporter(s).

Signature of Attorney/Pro Se: __Erin E. Langenwalter__  Date: __3/16/10__

**PART III - TO BE COMPLETED BY THE COURT REPORTER**

Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S. District Court.

Date arrangements for payment completed: __4-19-10__
Estimated completion date: __6-18-10__
Estimated number of pages: __100__
I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been made.

Signature of Court Reporter: _____  Date: __4-19-10__

A-8 Revised 12/09  Transcript Order Form