# United States District Court
## District of New Mexico
### Office of the Clerk
### Pete V. Domenici United States Courthouse



**Matthew J. Dykman**
Clerk of Court

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

**Divisional Offices**
106 South Federal Place
P.O. Box 2384
Santa Fe, NM 87504-2384
(505) 988-6481
Fax (505) 988-6473

200 East Griggs
Las Cruces, NM 88001
(505) 528-1400
Fax (505)528-1425

June 21, 2010

Elisabeth Shumaker, Clerk
United States Court of Appeals
for the Tenth Circuit
The Byron White United States Courthouse
1823 Stout Street
Denver, Colorado  80257

### NEW NOTICE

Re:    Juan Mata v SGT Ron Anderson;
        USCA# 10-2031; USDC#1:08-cv-00046-JB-RLP

Dear Ms. Shumaker,

   The transcripts of December 18, 2009 and December 30, 2009 which were previously ordered for the notice of appeal are now on file in the US District. The Order filed May 3, 2010, which tolled the briefing is now lifted.

   Appellant's opening brief (and appendix) shall be served and filed within thirty (30) days of the date of the letter with the US Court of Appeals for the Tenth Circuit.

Sincerely,

Matthew J. Dykman,
Clerk of the United States District
Court, for the District of NM

cc:  counsel